United States District Court
Southern District of Texas
**ENTERED**
May 08, 2020
David J. Bradley, Clerk

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                       HOUSTON DIVISION

KYLIE L. BENITEZ-WHITE,           §
                                  §
     Plaintiff,                   §
                                  §
v.                                §     CIVIL ACTION NO. H-20-1562
                                  §
PEOPLES REPUBLIC OF CHINA,        §
and COMMUNIST PARTY OF CHINA,     §
                                  §
     Defendants.                  §
```

ORDER DENYING MOTION FOR ADMISSION *PRO HAC VICE*

Pending is Attorney Omar W. Rosales's Motion for Admission *Pro Hac Vice* (Document No. 3).  Attorney Rosales advises that he received a three-year suspension from the United States District Court for the Western District of Texas in July 2017.  A lawyer suspended or disbarred by another court in the United States shall immediately cease to practice before this Court.  *See* Rules of Discipline, United States District Court, Southern District of Texas, Rule 3.A.  The records of this Court reflect that Attorney Rosales was suspended from the Southern District of Texas on July 13, 2017, as a result of his suspension in the Western District of Texas.  As of today, he has not requested to be reinstated and remains suspended.  Accordingly, Attorney Rosales must immediately cease practice in the above captioned case.  It is therefore

ORDERED that Omar W. Rosales's Motion for Admission *Pro Hac Vice* (Document No. 3) is DENIED. Omar W. Rosales remains SUSPENDED from practice in this case and shall give written notice, and a copy of this Order, to the client for whom he has filed this action, namely, Plaintiff Kylie L. Benitez-White, advising Plaintiff that she must either cause a new attorney to be substituted as her counsel or inform the Court that she will represent herself *pro se*. It is further

ORDERED that Omar W. Rosales shall promptly advise the Court of Plaintiff's correct address where she may be served with future notices or pleadings if she does not cause substitute counsel timely to appear in her behalf.

It is SO ORDERED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this  8th  day of May, 2020.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE