United States District Court
Southern District of Texas
**ENTERED**
July 28, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KYLIE L. BENITEZ-WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-1562 |
| | § | |
| PEOPLES REPUBLIC OF CHINA | § | |
| and COMMUNIST PARTY OF | § | |
| CHINA, | § | |
| | § | |
| Defendants. | § | |

## SHOW CAUSE ORDER

On May 8, 2020, the Court entered an Order denying the motion of Attorney Omar W. Rosales's for admission *pro hac vice* (Doc. No. 4). Plaintiff was asked to cause a new attorney to substitute as her counsel, or advise the Court if she intended to proceed with the case representing herself *pro se*. Accordingly, because Plaintiff has failed to respond to the Court's Order and failed to appear, it is

ORDERED that within ten (10) days after the date of entry of this Order, Plaintiff Kylie L. Benitez-White shall file a response to show cause, if any exists, why this case should not be dismissed without prejudice for want of prosecution. If no response is filed, the case will be dismissed for want of prosecution.

The Clerk will enter this Order and send copies to all parties of record.

SIGNED at Houston, Texas this 28th day of July 2020.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE