

## MR. OMAR WEAVER ROSALES
**Eligible to Practice in Texas**

**THE ROSALES LAW FIRM, LLC**

*Bar Card Number:* 24053450

*TX License Date:* 05/04/2006

*Primary Practice Location:* Brownsville, Texas

**CONTACT INFORMATION**

Tel: —

*Practice Areas:* Criminal, Appellate: Civil, Appellate: Criminal, Disability Law

*Statutory Profile Last Certified On:* 06/10/2020

### PRACTICE INFORMATION

*Firm:* The Rosales Law Firm, LLC

*Firm Size:* 2 to 5

*Occupation:* Private Law Practice

*Practice Areas: Criminal, Appellate: Civil, Appellate: Criminal, Disability Law*

*Services Provided:*
Deaf/Hard of Hearing Translation: Not Specified
ADA-accessible client service: Yes
Language translation: Yes

*Fee Options Provided:* ❓
None Reported By Attorney

*Please note:* Not all payment options are available for all cases, and any

### RECOGNITION


Texas Bar College

### COURTS OF ADMITTANCE

*Federal:*
None Reported By Attorney

*Other Courts:*
None Reported By Attorney

*Other States Licensed:*
None Reported By Attorney

**We use cookies to analyze our traffic and enhance functionality. More Information**

AGREE

*Foreign Language Assistance:*

Spanish

## LAW SCHOOL

*School*
*Degree earned*

University of Texas
Doctor of Jurisprudence/Juris Doctor (J.D.)
**Graduation Date**   12/2005

## PUBLIC DISCIPLINARY HISTORY

**State of Texas**
No Public Disciplinary History

**Other States**
None Reported By Attorney

Sanctions that indicate a judgment is on appeal are still in effect but are not final and subject to change. To request a copy of a disciplinary judgment that is not available online or for more information about a specific disciplinary sanction listed above, please contact the Office of the chief Disciplinary Counsel at (877) 953-5535.

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.

We use cookies to analyze our traffic and enhance functionality. More Information

AGREE

# Certificate of Completion

This certifies that the person named below has completed a
**16 Hour Anger Management Class**
and has passed a written knowledge assessment

### COURSE FOR ANGER
#### ANGER MANAGEMENT CLASS

Omar W. Rosales

1000 San Marcos St, Unit 215, Austin, TX 78702

Date of Birth: 02/06/1975

Date of Course Completion: 04/18/2019

Certificate Number: 240166

*[signature]*

Mr. Robert A. Williams, Course Instructor
Certified Anger Management Specialist (CAMS-1)
Certified Domestic Violence Specialist (CDVS-1)
(407) 906-6254 | certificate@CourseForAnger.com



# MCLE TRANSCRIPT



## STATE BAR OF TEXAS
### Minimum Continuing Legal Education
### MCLE Transcript



Omar Weaver Rosales

, TX United States

Report Date: 02/07/2020

Barcard: 24053450

Birth Month: 2 - February

## MCLE TRANSCRIPT

| Compliance ↑ | Date Taken ↑ | Reporting Date | Course Number (Course #) | Course Title (Course #) | Credit Hours | Ethics Hours |
|---|---|---|---|---|---|---|
| Omar Weaver Rosales : 2020 | 2/1/2020 | 2/1/2020 | 174072954 | Cyberbullying and Free Speech in Schools | 1.00 | 0.00 |
| Omar Weaver Rosales : 2020 | 2/1/2020 | 2/1/2020 | 174045902 | Communication Techniques to Improve Gender Diversity in the | 1.00 | 1.00 |
| Omar Weaver Rosales : 2020 | 2/1/2020 | 2/1/2020 | 174045896 | Common Ethics Violations to Avoid | 1.00 | 1.00 |
| Omar Weaver Rosales : 2020 | 1/31/2020 | 2/1/2020 | 174058471 | Cell Phone Location Evidence for Legal Professionals | 1.00 | 0.00 |

| Compliance ↑ | Date Taken ↑ | Reporting Date | Course Number (Course #) | Course Title (Course #) | Credit Hours | Ethics Hours |
|---|---|---|---|---|---|---|
| Omar Weaver Rosales : 2020 | 1/31/2020 | 2/1/2020 | 174058470 | Cell Phone Forensics for Legal Professionals | 1.00 | 0.00 |
| Omar Weaver Rosales : 2020 | 1/2/2020 | 1/6/2020 | 174045891 | Burnt, Smashed, or Broken: Property Damage and Homeowners In | 1.00 | 0.00 |
| Omar Weaver Rosales : 2020 | 1/2/2020 | 1/6/2020 | 174045894 | But I Only Had Two Beers!! | 1.00 | 0.00 |
| Omar Weaver Rosales : 2020 | 1/1/2020 | 1/6/2020 | 174055580 | Avoiding Ethical Conflicts of Interest | 1.00 | 1.00 |
| Omar Weaver Rosales : 2020 | 1/1/2020 | 1/6/2020 | 174058433 | Basics of Sweepstakes, Contests and Mobile Marketing Law | 1.00 | 0.00 |
| Omar Weaver Rosales : 2020 | 12/31/2019 | 1/2/2020 | 174045888 | Appellate Oral Arguments: Nuts and Bolts and Do's and Don'ts | 1.00 | 0.00 |
| Omar Weaver Rosales : 2020 | 12/30/2019 | 1/2/2020 | 174034734 | An Overview of Family Law Practice | 1.00 | 0.00 |
| Omar Weaver Rosales : 2020 | 12/30/2019 | 1/2/2020 | 174034726 | Counseling Your Business Clients on Trademarks | 1.00 | 0.00 |
| Omar Weaver Rosales : 2020 | 12/30/2019 | 1/2/2020 | 174034727 | Crafting a Simple and Effective Closing Argument | 1.00 | 0.00 |

| Compliance ↑ | Date Taken ↑ | Reporting Date | Course Number (Course #) | Course Title (Course #) | Credit Hours | Ethics Hours |
|---|---|---|---|---|---|---|
| Omar Weaver Rosales : 2020 | 12/26/2019 | 12/30/2019 | 174058473 | Dealing with Bad Facts | 1.50 | 0.00 |
| Omar Weaver Rosales : 2020 | 12/26/2019 | 12/30/2019 | 174034725 | Am I Drinking Too Much is a Rhetorical Question! | 1.00 | 1.00 |
| Omar Weaver Rosales : 2020 | 12/24/2019 | 12/30/2019 | 174063663 | Anatomy Fundamentals for Lawyers | 1.50 | 0.00 |
| Omar Weaver Rosales : 2020 | 12/23/2019 | 12/30/2019 | 174055534 | Conducting High Level Negotiations | 2.00 | 0.00 |
| Omar Weaver Rosales : 2020 | 12/22/2019 | 12/23/2019 | 174055532 | A Tax Crash Course for Attorneys that Represent Businesses | 1.50 | 0.00 |
| Omar Weaver Rosales : 2020 | 10/17/2019 | 1/31/2020 | 174066159 | 30577 23rd Annual National Institute on Class Actions | 12.25 | 0.00 |
| Omar Weaver Rosales : 2020 | 10/2/2019 | 1/31/2020 | | Other Self-study | 0.00 | 0.00 |
| OMAR WEAVER ROSALES : 2018 | 1/4/2018 | 1/5/2018 | 928005827 | Ethical Issues in Social Media | 1.00 | 1.00 |
| OMAR WEAVER ROSALES : 2018 | 1/4/2018 | 1/5/2018 | 928005935 | Prevention of Substance Abuse for Attorneys | 1.00 | 1.00 |

| Compliance ↑ | Date Taken ↑ | Reporting Date | Course Number (Course #) | Course Title (Course #) | Credit Hours | Ethics Hours |
|---|---|---|---|---|---|---|
| OMAR WEAVER ROSALES : 2018 | 1/4/2018 | 1/5/2018 | 928005828 | Ethical Pitfalls and Legal Risks for Attorneys | 1.00 | 1.00 |
| OMAR WEAVER ROSALES : 2018 | 1/4/2018 | 1/5/2018 | 901373986 | Equity Crowdfunding - Legal Considerations | 1.00 | 0.00 |
| OMAR WEAVER ROSALES : 2018 | 1/4/2018 | 1/8/2018 | 928012605 | Medical Negligence Cases: Screening & Evaluating | 1.25 | 0.00 |
| OMAR WEAVER ROSALES : 2018 | 1/3/2018 | 1/5/2018 | 928012598 | International Adoption - Highlights | 1.00 | 0.00 |
| OMAR WEAVER ROSALES : 2018 | 1/3/2018 | 1/5/2018 | 928012728 | Estate Planning & Divorce | 1.00 | 0.00 |
| OMAR WEAVER ROSALES : 2018 | 1/3/2018 | 1/5/2018 | 928012604 | Mediation Success in Custodial Cases | 1.00 | 0.00 |
| OMAR WEAVER ROSALES : 2018 | 1/3/2018 | 1/5/2018 | 928012505 | Common Ethical Pitfalls for Litigators and In-House Counsel | 1.25 | 1.25 |
| OMAR WEAVER ROSALES : 2018 | 1/3/2018 | 1/5/2018 | 928012545 | Ethics in Litigation Update: E-Discovery, Online Investigati | 1.00 | 1.00 |
| OMAR WEAVER ROSALES : 2018 | 1/2/2018 | 1/2/2018 | 928012694 | Current Issues for In House Counsel | 2.00 | 1.00 |

| Compliance ↑ | Date Taken ↑ | Reporting Date | Course Number (Course #) | Course Title (Course #) | Credit Hours | Ethics Hours |
|---|---|---|---|---|---|---|
| OMAR WEAVER ROSALES : 2018 | 1/2/2018 | 1/2/2018 | 928012900 | The Body & Soul of Business Valuation, Part II: | 1.25 | 0.00 |
| OMAR WEAVER ROSALES : 2018 | 1/2/2018 | 1/2/2018 | 901374004 | Life Insurance Rescission | 1.00 | 0.00 |
| OMAR WEAVER ROSALES : 2018 | 1/2/2018 | 1/5/2018 | 928012580 | Immigration Consequences of Criminal Conduct | 1.25 | 0.00 |
| OMAR WEAVER ROSALES : 2018 | 1/2/2018 | 1/5/2018 | 928012903 | The West Memphis Three | 1.25 | 0.00 |
| OMAR WEAVER ROSALES : 2018 | 1/2/2018 | 1/5/2018 | 928005823 | Bankruptcy & Divorce: The Worst of Both Worlds | 1.00 | 0.00 |
| OMAR WEAVER ROSALES : 2018 | 1/1/2018 | 1/2/2018 | 928012901 | The Body & Soul of Business Valuation, Part III: | 3.00 | 0.00 |
| OMAR WEAVER ROSALES : 2018 | 12/31/2017 | 12/31/2017 | 928005946 | Settlement of Employment Disputes - Part II | 1.25 | 0.00 |
| OMAR WEAVER ROSALES : 2018 | 12/31/2017 | 12/31/2017 | 901374068 | Ethics & Privilege Issues: Witnesses | 1.00 | 1.00 |
| OMAR WEAVER ROSALES : 2018 | 12/31/2017 | 12/31/2017 | 901374077 | Trademark Law | 1.00 | 0.00 |